**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1571**

---

KAREN HOBBS; DIANE MARKMAN MCCLARD,

                                        Plaintiffs - Appellants,

        versus

COUNTY OF PRINCE WILLIAM,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, District Judge.  (CA-97-538-A)

---

Submitted:  October 27, 1997        Decided:  November 26, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael J. Beattie, Fairfax, Virginia, for Appellants.  Sharon Pandak, County Attorney, Stephen A. MacIsaac, Deputy County Attorney, PRINCE WILLIAM COUNTY, Prince William, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karen Hobbs and Diane Markman McClard appeal the denial of their motion for a temporary restraining order and preliminary injunction in this action alleging in conclusory terms various acts of gender discrimination by their employer, Prince William County (Virginia). After a hearing, the district court denied the motion for interlocutory injunctive relief, principally for failure to demonstrate any irreparable injury from the conduct seemingly challenged. Reviewing that decision for abuse of discretion, we have carefully considered the briefs and record and, finding no abuse of discretion, affirm essentially on the reasoning of the district court. Hobbs et al. v. Prince William County, C.A. No. 97-538-A (E.D. Va. April 21, 1997).

AFFIRMED